```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ALFREDO MADRIGAL-ALCANTAR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>       v.                         )<br>                                  )<br> ALFREDO MADRIGAL-ALCANTAR,       )<br>                                  )<br>            Defendants.           )<br>                                  )<br> _____) | Case No. 2:07-cr-00155-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: October 11, 2007<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through KYLE REARDON, Assistant U.S. Attorney, and defendant, ALFREDO MADRIGAL-ALCANTAR, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of September 6, 2007 be vacated and that a status conference be set for October 11, 2007 at 9:00 a.m.

This continuance is being requested because Mr. Madrigal-Alcantar just made his initial appearance today and counsel was appointed. The case will be referred to the probation office for the preparation of a pre-plea presentence report.

Once the report is received by defense counsel and the prosecutor, a plea agreement will be discussed.  Defense counsel must review the discovery, probation report, and plea agreement with the defendant.

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for October 11, 2007  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 4, 2007            Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ RACHELLE BARBOUR
_____
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
ALFREDO MADRIGAL-ALCANTAR

McGREGOR SCOTT
United States Attorney

/s/ Rachelle Barbour for
DATED: September 4, 2007    _____
KYLE REARDON
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: September 6, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**2**